390 A.2d 308

Kaufman, Appellant, v. Frank Martz Coach Company.

Argued March 22, 1978. Bruce L. Thall, for appellant; L. Ludwig, with him Hugh J. McMenamin, for appellee.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

390 A.2d 309

Lal, Appellant, v. Moyerman.

Argued March 27, 1978. D. Kaufman, with him Amrit Lal, appellant, in propria persona; Gary Block, submitted a brief for appellee.

Order affirmed.